UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                             Case Number: 16-cr-20052

v.

                                                             Honorable Thomas L. Ludington

MARIAN KAY DOMBROSKI,                  Magistrate Judge Patricia T. Morris

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On March 15, 2016, United States Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant Marian Kay Dombroski's consent. The Magistrate Judge issued her report that same day, recommending that this Court accept Defendant's plea of guilty. ECF No. 10.

Although the Magistrate Judge's report explicitly stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The failure to file objections waives any right to appeal the magistrate judge's findings under Federal Rule of Criminal Procedure 11(b). *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 10, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No.90, is taken **UNDER ADVISEMENT**.

Dated: April 14, 2016                              s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 14, 2016.

                              s/Michael A. Sian
                              MICHAEL A. SIAN, Case Manager